IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL DUNKLIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 07-CV-128-WDS |
| CONTEMPRI HOMES and RICK POWELL, | ) |
| Defendants. | ) |

# ORDER

This matter is before the Court on Defendants' Motion to Dismiss Defendant Rick Powell submitted pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. The Court being fully advised in the premises set forth therein;

**THE COURT FINDS** that no motion to substitute was filed within 90 days of the Suggestion of Death.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED**; all counts and all causes of action in Plaintiff's Complaint against Rick Powell are hereby dismissed, with prejudice, together with an award of Defendants' costs of suit.

DATED: March 27, 2009

s/*WILLIAM D. STIEHL*
DISTRICT JUDGE